UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE PETERSEN,<br>    Plaintiff,<br><br>            v.<br><br>FCA US LLC, et al.,<br>    Defendants. | CV 21-1386 DSF (Ex)<br><br>Order DENYING Motion to<br>Remand (Dkt. No. 18) |

    Plaintiff moves to remand this case, arguing that the amount in controversy has not been satisfied and that the removing Defendant did not adequately establish that Plaintiff is a citizen of California. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

    Defendant has adequately established that the amount in controversy exceeds $75,000. Plaintiff pleads that she paid $30,628.24 for the vehicle at issue. The Song-Beverly Act provides for possible civil penalties of twice actual damages – penalties that Plaintiff has demanded in the complaint. The Act further provides for possible attorney's fees, which Plaintiff has also demanded. Contrary to Plaintiff's implication, Defendant is not required to prove that Plaintiff is likely to recover these amounts, only that the amount potentially at issue exceeds the jurisdictional limit.

    Defendant has also adequately pleaded Plaintiff's citizenship. Plaintiff alleges she is a resident of California. Absent a factual challenge to Plaintiff's citizenship, an allegation on information and belief that Plaintiff is also a citizen of California is sufficient to satisfy

Defendant's burden.  Ehrman v. Cox Commc'ns, Inc., 932 F.3d 1223, 1227–28 (9th Cir. 2019).

      The motion to remand is DENIED.

  IT IS SO ORDERED.

Date: April 16, 2021

                                        Dale S. Fischer
                                        United States District Judge