**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Catherine Petersen, | CASE NUMBER: |
| | 2:21-cv-01386-DSF-E |
| **PLAINTIFF** | |
| v. | |
| FCA US, LLC, et al., | **JUDGMENT** |
| **DEFENDANT** | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on February 3, 2022 as docket number 47   (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff

and against

FCA US, LLC

according to the terms set forth in the Offer of Judgment.

Date: February 7, 2022

By: _Dale S. Fischer_
United States District Judge