# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE PETERSEN,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>FCA US, LLC; SHAVER AUTOMOTIVE GROUP; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **CASE NO.:** 2:21-cv-01386DSF-E<br><br>District Judge: Hon. Dale S. Fischer<br>Magistrate Judge: Hon. Charles F. Eick<br><br>**ORDER RE JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 16, 2021 |

Based on a review of the Joint Stipulation and Order for Dismissal with Prejudice (the "Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED:_____August 11_____, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge